**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| v. | **:** | **CIVIL ACTION NO. 16-5167** |
| | **:** | |
| **JEAN M. LADOUCEUR, SR.** | **:** | |

## ORDER

This 16th day of December, 2016, it is hereby **ORDERED** that Plaintiff's Motion for Service by Posting Property and Certified Mail is **DENIED** without prejudice, because the means of alternative service proposed by the Motion does not appear to be reasonably calculated to provide the Defendant with notice of this action.

/s/ Gerald Austin McHugh
United States District Judge