IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | **NO. 16-5167** |
| : | |
| **JEAN M. LADOUCEUR SR.,** : | |
| **Defendant.** : | |

**MCHUGH, J.**                                                                                              **FEBRUARY 2, 2017**

### ORDER

This 2nd day of February, 2017, upon consideration of the Government's Motion for Service by Posting Property and Certified Mail (Doc. No. 4), it is hereby **ORDERED** that the Government's Motion is **GRANTED**. The Government has provided proof that it has tried to serve Defendant at four different last known addresses, and at two of those addresses has made attempts at three separate times of day. I also note that one of the listed addresses was for a home that had been torn down, and at another is a property that is owned by an individual with the same surname as Defendant. Because of these good faith efforts at service, and because at this stage I find the Government's proposed service would be reasonably calculated to give Defendant notice, *see Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950), the Government may effect service on Defendant by posting property and by regular and certified mail on the following properties: (1) 4862 North 15th Street, Philadelphia, PA 19141; (2) 4231 Rhawn Street, Philadelphia, PA 19136; (3) 800 Pardee Lane, Wyncote, PA 19095.

                                                                                    /s/ Gerald Austin McHugh
                                                                                    United States District Judge