## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>JEAN M. LADOUCEUR SR.; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-5167<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, Eric Afflerbach, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JEAN M. LADOUCEUR SR. the above process on the 13 day of February, 2017, at 10:27 o'clock, AM, at 4862 NORTH 15TH STREET PHILADELPHIA, PA 19141, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_

County of _Berks_         ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158057
Case ID #: 4811991

Subscribed and sworn to before me
this _14_ day of _Feb_, 20_17_.

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
   Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017
```

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-5167

Sheriff's Sale Date: _____

V.

JEAN M. LADOUCEUR SR.; et al.
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, Eric Afflerbach, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JEAN M. LADOUCEUR SR. the above process on the 13 day of February, 2017, at 10:07 o'clock, A M, at 800 PARDEE LN WYNCOTE, PA 19095, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of Pa
County of Berks
) SS:
)

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this 14 day of Feb, 20 17

_____
Notary Public

File Number: USA-158057
Case ID #: 4811991

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>JEAN M. LADOUCEUR SR.; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-5167<br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JEAN M. LADOUCEUR SR. the above process on the 14 day of February, 2017, at 11:50 o'clock, AM, at 4231 RHAWN ST PHILADELPHIA, PA 19136, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of **Pa** )
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **Eric Afflerbach** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158057
Case ID #: 4811991

Subscribed and sworn to before me this **15** day of **Feb**, 20 **17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

**PCO / Brittnia**

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5824-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800759580<br>9171999991703800759580 | HIPKINS, RICHARD RAY<br>1573 Lee St.<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759597<br>9171999991703800759597 | HIPKINS, STEPHANIE<br>1573 Lee St<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759603<br>9171999991703800759603 | HIPKINS, RICHARD RAY<br>1300 Siloam Road<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759610<br>9171999991703800759610 | HIPKINS, STEPHANIE<br>1300 Siloam Road<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759627<br>9171999991703800759627 | LADOUCEUR SR., JEAN M.<br>P.O. Box 20802<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759634<br>9171999991703800759634 | LADOUCEUR SR., JEAN M.<br>800 Pardee Ln<br>Wyncote, PA 19095 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759641<br>9171999991703800759641 | LADOUCEUR SR., JEAN M.<br>4231 Rhawn St<br>Philadelphia, PA 19136 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759658<br>9171999991703800759658 | LADOUCEUR SR., JEAN M.<br>4862 North 15th Street<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759665<br>9171999991703800759665 | LADOUCEUR SR., JEAN M.<br>4862 North 15th Street<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 9<br>9 | | 8.32<br>8.32 | 43.65<br>43.65 | | | 51.97<br>51.97 |

(USPS Continental Station, PHILA, PA 19106 postmark)

| USPS Manifest Mailing System | | Page 2 |
|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
| | Sequence Number<br>5824-1 | Class of Mail<br>Mixed |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C    Certified
ERR  Return Receipt



| | | |
|---|---|---|
| **Name and Address of Sender**<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | **Check type of mail or service:**<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | **Affix Stamp Here**<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt |

U.S. POSTAGE » PITNEY BOWES
$001.95
ZIP 19106
02 1W
0001391829 FEB. 09. 2017

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | 0 | JEAN LADOUCEUR SR.<br>LADOUCEUR SR., JEAN M.<br>4862 North 15th Street<br>Philadelphia, PA 19141 | | | | | | | | | | | |
| 4. | 0 | JEAN LADOUCEUR SR.<br>LADOUCEUR SR., JEAN M.<br>P.O. Box 20802<br>Philadelphia, PA 19141 | | | | | | | | | | | |
| 5. | 0 | JEAN LADOUCEUR SR.<br>LADOUCEUR SR., JEAN M.<br>4231 Rhawn St<br>Philadelphia, PA 19136 – 2745 | | | | | | | | | | | |
| 6. | 0 | JEAN LADOUCEUR SR.<br>LADOUCEUR SR., JEAN M.<br>800 Pardee Ln<br>Wyncote, PA 19095 – 1610 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: (7)
Total Number of Pieces Received at Post Office: ___

Postmaster, Per (Name of receiving employee) _____   PCO - Brithni Augustin

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-158057   Philadelphia County   Sale Date:

JEAN M. LADOUCEUR SR.